UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

TRADER JOES COMPANY,

               Plaintiff,

    -v-                                        24-cv-8835 (LJL)

JOES WINE INC., ET AL.                       ORDER

               Defendants.

------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2024

LEWIS J. LIMAN, United States District Judge:

      On November 20, 2024, Plaintiff Joes Wine Inc. ("Plaintiff") filed an *ex parte* application for a temporary restraining order ("TRO") and an order to show cause why a preliminary injunction should not issue against Defendants Joes Wine Inc., Joe's Wine Co. and Does 1–10 (collectively, "Defendant"). Dkt. No. 7. Plaintiff did not file any document by an attorney certifying in writing the efforts made to give notice to the Defendant or counsel for Defendant and the reasons why it should not be required, as Rule 65 of the Federal Rules of Civil Procedure requires for *ex parte* TRO applications. Fed. R. Civ. P. 65(b)(1)(B). Accordingly, Plaintiff is ordered to serve on Defendant or counsel for Defendant a copy of its application for a TRO and a preliminary injunction as well as this Order no later than November 22, 2024.

      If Defendant wishes to file any response to Plaintiff's application, Defendant's response shall be filed on the docket no later than November 27, 2024 at 12 PM. Plaintiff's reply shall be filed on the docket no later than November 29, 2024 at 5 PM.

      The Court will hold a hearing on the application for a TRO and preliminary injunction on December 2, 2024 at 10:30 A.M. in Courtroom 15C, 500 Pearl Street, New York, NY 10007.

This Order was emailed to counsel for Plaintiff and filed on the docket on the evening of November 20, 2024.

SO ORDERED.

Dated: November 20, 2024
       New York, New York

_____
                    LEWIS J. LIMAN
                 United States District Judge

2