# EXHIBIT 1



**Joe's Pizza**
4.5 ★★★★☆ (3K) · $1–10 · Pizza
Brooklyn, NY
Closed · Opens 10:30 AM
Classic New York-style pizzeria


**Joe & Pat's NYC**
4.5 ★★★★☆ (595) · $20–30 · Pizza
168 1st Ave.
Closed · Opens 4 PM
Restaurant known for thin-crust pizza


**Joe G Pizza & Restaurant**
4.4 ★★★★☆ (567) · $20–30 · Italian
244 W 56th St
Closed · Opens 12 PM
Mom-&-pop fixture for homey Italian fare


**Joe's Shanghai**
4.2 ★★★★☆ (5.7K) · $20–30 · Shanghai...
46 Bowery
Closed · Opens 11 AM
Soup dumpling specialist


**Joe's Pizza of Park Slope**
3.6 ★★★☆☆ (356) · $1–10 · Pizza
Brooklyn, NY
Closed · Opens 11 AM
Staple pizzeria with late-night delivery


**Joe's Home of Soup Dumplings**
4.5 ★★★★☆ (990) · $20–30 · Dumpling
7 E 48th St
Closed · Opens 11:30 AM
Shanghai classics in a relaxed eatery


**Joe's Pizza**
3.7 ★★★☆☆ (3) · Coffee shop
283 Bleecker St


**Joe's Pizzeria**
3.9 ★★★★☆ (225) · $1–10 · Pizza
Brooklyn, NY
Closed · Opens 11 AM
Low-key, straightforward pizza parlor


**Joe's Restaurant**
4.6 ★★★★★ (866) · $20–30 · Italian
Ridgewood, NY
Closed · Opens 12 PM
Comfy mainstay for classic Italian meals


**Joe Jr.**
4.5 ★★★★★ (1.2K) · $10–20 · Diner
167 3rd Ave
Pint-sized diner fixing up classic bites


**Joe's Pub**
4.4 ★★★★★ (414) · $$$ · Event venue
425 Lafayette St
Closed · Opens 6 PM
Live music venue at the Public Theater


**Joe's**
4.0 ★★★★★ (11) · Historical landmark
88 Greenwich St
Closed · Opens 8 PM Fri


**Joe's Steam Rice Roll**
4.3 ★★★★★ (572) · $1–10 · Hong Kong …
261 Canal St
Closed · Opens 11 AM
Cantonese-style fast-food kiosk


**Original Joe's Pizzeria**
4.7 ★★★★★ (165) · $1–10 · Pizza
Bronx, NY
Closed · Opens 10 AM
Dine-in · Takeout · No-contact delivery


**JOE & THE JUICE**
3.8 ★★★★★ (584) · $10–20 · Juice
1758 Broadway
Dine-in · Takeout · Delivery


**Joe's Italian Deli**
4.8 ★★★★★ (524) · $10–20 · Deli
Bronx, NY
Closed · Opens 8:30 AM
👤 "The decor, the excellent service and the amazing food, what's not to love?"


**Joe Allen**
4.4 ★★★★☆ (987) · $30–50 · American
326 W 46th St
Closed · Opens 11:30 AM
👤 "Great ambiance, delicious food, reasonably priced."


**Joe's Pizza**
4.3 ★★★★☆ (182) · $10–20 · Pizza
Bronx, NY
Closed · Opens 10 AM
👤 "Great thin crust pizza with fresh ingredients."


**Joe & The Juice**
2.3 ★★☆☆☆ (108) · $10–20 · Juice
1350 6th Ave
👤 "Panini was thin ( the way i like it) and perfectly grilled."


**Joe Coffee Company**
4.4 ★★★★☆ (424) · $1–10 · Coffee shop
514 Columbus Ave
👤 "Their coffees, meals, and services never failed to impress me."


**Joe's Ginger**
3.1 ★★★☆☆ (979) · $20–30 · Chinese
25 Pell St
Closed · Opens 11 AM
👤 "The atmosphere is unbeatable, eating here is like a portal to the 80's."


**Joe & Sal's Pizzeria (Fort Greene)**
4.4 ★★★★☆ (219) · $10–20 · Pizza
Brooklyn, NY
Closed · Opens 11 AM
👤 "Friendly employees and amazing pizza, the best in the area."


**Joe Coffee Company**
4.2 ★★★★☆ (288) · $1–10 · Coffee shop
185 Greenwich St LL3110
👤 "Paid about $11 for 2 large coffees."


**Smokin' Joe**
4.6 ★★★★★ (30) · $10–20 · Hawker stall
135 W 50th St
Closed · Opens 11 AM
👤 "The curry is coconut heavy but the heat isn't lost (like masamam)."


**Joey's Pizza**
4.3 ★★★★☆ (822) · $1–10 · Pizza
69-07 Grand Ave
Closed · Opens 11 AM
👤 "Delicious pizza and the crust is out of this world!"


**Joe & the Juice - 801 Lexington ...**
3.4 ★★★☆☆ (229) · $10–20 · Juice
801 Lexington Ave
👤 "It's chicken, avocado, and pesto on a toasted flatbread and it's amazing!"


**Famous Joe Pizzeria**
4.4 ★★★★☆ (60) · $10–20 · Restaurant
Brooklyn, NY
Closed · Opens 11 AM
👤 "Amazing vegan pizza and lots of other vegan options!"


**Joe Coffee Company**
4.5 ★★★★☆ (55) · $1–10 · Coffee shop
550 LaGuardia Pl
👤 "The perfect place to write a paper or an episode of a hit TV drama."


**JOE & THE JUICE**
3.6 ★★★★☆ (510) · $10–20 · Juice
67 Wall St # 2212
👤 "Their club sandwich with chicken is the best."


**Joe's Grocery**
2.5 ★★⯨☆☆ (2) · Grocery store
168 Malcolm X Blvd


**JOE & THE JUICE**
3.8 ★★★★☆ (295) · $1–10 · Juice
247 Columbus Ave
🔵 "The vegan sandwich is good !"


**Joe Coffee Company Pro Shop**
4.3 ★★★★⯨ (150) · $1–10 · Coffee shop
131 W 21st St
🔵 "**Joe** coffee is amazing"


**Joe's Fine Dining**
4.5 ★★★★⯨ (2) · Restaurant
555 Christopher St
Temporarily closed
🔵 "In my opinion, this place is pretty nice."


**JOE & THE JUICE**
3.3 ★★★⯨☆ (73) · $10–20 · Juice
2460 Broadway
🔵 "Amazing food and drinks, but most of all, the staff is incredible!!!!"


**Joe's Gourmet Health Deli**
3.8 ★★★★☆ (10) · Gourmet grocery store
3161 Broadway
🔵 "The smoothie was quite good although a tiny bit pricey."


**Joe's Fleetwood Pizzeria**
4.5 ★★★★⯨ (547) · $10–20 · Pizza
Mt Vernon, NY
Closed · Opens 11 AM
🔵 "The pizza is perfection - thin crust and like no other."


**JOE & THE JUICE**
3.9 ★★★★☆ (300) · $10–20 · Juice
666 3rd Ave
🔵 "Highly recommend the spicy tuna sandwich and the tunacado!!"


Case 1:24-cv-08835-LJL   Document 31-1   Filed 11/27/24   Page 8 of 8

### Trader Joe's
4.4 ★★★★★ (4.9K) · $$ · Grocery store
142 E 14th St
Opens soon · 8 AM
"Worth the wait as great prices and great quality!"



### Joe's Pizza Bayonne
4.0 ★★★★★ (616) · $10–20 · Pizza
Bayonne, NJ
Closed · Opens 10:30 AM
"Excellent pizza, excellent grilled shrimp salad, excellent chicken fingers!"



### Joe Coffee Company
4.5 ★★★★★ (11) · $1–10 · Coffee store
186 5th Ave
"Obsessed with their seasonal menu"



### Trader Joe's
4.6 ★★★★★ (2.3K) · $$ · Grocery store
400 Grand St Cellar
Opens soon · 8 AM
"Everything is high quality and very decently priced."



Can't find what you are looking for?
ADD A MISSING PLACE



< Goooooooogle >
Previous   1 2 3 **4** 5 6 7 8 9   Next

