**EXHIBIT 2**

**426 results** for (CM: JOES OR CM: JOE'S) AND LD:true

| | | | |
|---|---|---|---|
| *Joe's* | **Wordmark** | | [JOE'S](#) |
| | **Serial** | 78105751 | **Status** — LIVE REGISTERED |
| | **Goods & services** | | IC 043: Restaurant, catering and bar services. |
| | **Owners** | | Joe's Stone Crabs, Inc. (CORPORATION; FLORIDA, USA) |
| *Original Joe's* | **Wordmark** | | [ORIGINAL JOE'S](#) |
| | **Serial** | 74167502 | **Status** — LIVE REGISTERED |
| | **Goods & services** | | IC 042: restaurant services. |
| | **Owners** | | Original Joe's, Inc. (CORPORATION; CALIFORNIA, USA) |
| [COCONUT JOE'S](#) | **Wordmark** | | [COCONUT JOE'S](#) |
| | **Serial** | 75751580 | **Status** — LIVE REGISTERED |
| | **Goods & services** | | IC 042: bar and restaurant services. |
| | **Owners** | | COUGHLIN, JOSEPH ALEXANDER (INDIVIDUAL; USA) |
| *Joe's Garage* | **Wordmark** | | [JOE'S GARAGE](#) |
| | **Serial** | 74443045 | **Status** — LIVE REGISTERED |
| | **Goods & services** | | IC 025: clothing, namely T-shirts [ , sweatshirts, shirts, shorts,... |
| | **Owners** | | UMG RECORDINGS, INC. (CORPORATION; DELAWARE, USA) |
| [TAHOE JOE'S](#) | **Wordmark** | | [TAHOE JOE'S](#) |
| | **Serial** | 75197501 | **Status** — LIVE REGISTERED |
| | **Goods & services** | | IC 042: restaurant services. |
| | **Owners** | | TAHOE JOE'S STEAKHOUSE, LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA) |
| [PAPA JOE'S](#) | **Wordmark** | | [PAPA JOE'S](#) |
| | **Serial** | 73275471 | **Status** — LIVE REGISTERED |
| | **Goods & services** | | IC 042: Restaurant Services. |
| | **Owners** | | WH INTELLECTUAL, LLC (LIMITED LIABILITY COMPANY; GEORGIA, USA) |
| [MOCHA JOE'S](#) | **Wordmark** | | [MOCHA JOE'S](#) |
| | **Serial** | 74383363 | **Status** — LIVE REGISTERED |
| | **Goods & services** | | IC 042: cafe services. |
| | **Owners** | | MOCHA JOE'S ROASTING COMPANY, INC. (CORPORATION; VERMONT, USA) |

| JACKASS JOE'S | Wordmark | | [JACKASS JOE'S](#) | | |
| | Serial | 90483330 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 025: Footwear; Bottoms as clothing; Headwear; Tops as clothing. | | |
| | Owners | | Downard, Joe (INDIVIDUAL; USA) | | |

| [MEXICO JOE'S](#) | Wordmark | | [MEXICO JOE'S](#) | | |
| | Serial | 74223009 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 042: restaurant services, retail clothing store services. | | |
| | Owners | | Clark, Stanley K. (INDIVIDUAL; USA) | | |

| [JOE'S GARAGE](#) | Wordmark | | [JOE'S GARAGE](#) | | |
| | Serial | 76399396 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 041: Entertainment services, namely, production of theatrical... | | |
| | Owners | | UMG RECORDINGS, INC. (CORPORATION; DELAWARE, USA) | | |

| Ramblin' Joe's | Wordmark | | [RAMBLIN' JOE'S](#) | | |
| | Serial | 98090026 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 043: Coffee-house and snack-bar services; Coffee and tea bars;... | | |
| | Owners | | RAMBLIN' JOE IP, LLC (LIMITED LIABILITY COMPANY; TENNESSEE, USA) | | |

| Aroma Joe's | Wordmark | | [AROMA JOE'S](#) | | |
| | Serial | 98273155 | Status | LIVE | PENDING |
| | Goods & services | | IC 032: Energy drinks. | | |
| | Owners | | AJ IP HOLDER, LLC (LIMITED LIABILITY COMPANY; Florida, USA) | | |

| [ARTICHOKE JOE'S](#) | Wordmark | | [ARTICHOKE JOE'S](#) | | |
| | Serial | 74084599 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 042: restaurant and cocktail lounge services. | | |
| | Owners | | ARTICHOKE JOE'S (CORPORATION; CALIFORNIA, USA) | | |

| [MOCHA JOE'S](#) | Wordmark | | [MOCHA JOE'S](#) | | |
| | Serial | 74383550 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 030: coffees, teas, cocoa. | | |
| | Owners | | MOCHA JOE'S ROASTING COMPANY, INC. (CORPORATION; VERMONT, USA) | | |

| [JOE'S GARAGE](#) | Wordmark | | [JOE'S GARAGE](#) | | |
| | Serial | 74457548 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 041: sound recording studios and providing rehearsal hall space. | | |
| | Owners | | UMG RECORDINGS, INC. (CORPORATION; DELAWARE, USA) | | |

| | | |
|---|---|---|
| MOCHA JOE'S | **Wordmark**<br>**Serial** 74383550<br>**Goods & services**<br>**Owners** | [MOCHA JOE'S](#)<br>**Status** LIVE REGISTERED<br>IC 030: coffees, teas, cocoa.<br>MOCHA JOE'S ROASTING COMPANY, INC. (CORPORATION; VERMONT, US |
| JOE'S GARAGE | **Wordmark**<br>**Serial** 74457548<br>**Goods & services**<br>**Owners** | [JOE'S GARAGE](#)<br>**Status** LIVE REGISTERED<br>IC 041: sound recording studios and providing rehearsal hall space.<br>UMG RECORDINGS, INC. (CORPORATION; DELAWARE, USA) |
| JOE'S FLIES | **Wordmark**<br>**Serial** 73092470<br>**Goods & services**<br>**Owners** | [JOE'S FLIES](#)<br>**Status** LIVE REGISTERED<br>IC 028: FISHING LURES.<br>JOE'S FLIES (CORPORATION; WEST VIRGINIA, USA) |
| PIZZA JOE'S | **Wordmark**<br>**Serial** 76507820<br>**Goods & services**<br>**Owners** | [PIZZA JOE'S](#)<br>**Status** LIVE REGISTERED<br>IC 043: Restaurant services, namely, dining, take-out and delivery.<br>Classi-Co Foods (CORPORATION; PENNSYLVANIA, USA) |
| JOE'S KIDS | **Wordmark**<br>**Serial** 76512493<br>**Goods & services**<br>**Owners** | [JOE'S KIDS](#)<br>**Status** LIVE REGISTERED<br>IC 032: Fruit juices.<br>Trader Joe's Company (CORPORATION; CALIFORNIA, USA) |
| JOE'S GARAGE | **Wordmark**<br>**Serial** 74443046<br>**Goods & services**<br>**Owners** | [JOE'S GARAGE](#)<br>**Status** LIVE REGISTERED<br>IC 009: prerecorded phonograph records, compact discs [ and audio...<br>UMG RECORDINGS, INC. (CORPORATION; DELAWARE, USA) |
| JOE'S GARAGE | **Wordmark**<br>**Serial** 76305852<br>**Goods & services**<br>**Owners** | [JOE'S GARAGE](#)<br>**Status** LIVE REGISTERED<br>IC 028: toys, and games, namely, board games, mechanical and electric...<br>UMG RECORDINGS, INC. (CORPORATION; DELAWARE, USA) |
| MANGO JOE'S | **Wordmark**<br>**Serial** 74548996<br>**Goods & services**<br>**Owners** | [MANGO JOE'S](#)<br>**Status** LIVE REGISTERED<br>IC 042: restaurant services.<br>SEA WORLD LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA) |



| | Wordmark | | PIZZA JOE'S | | |
|---|---|---|---|---|---|
| | Serial | 76508274 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 043: Restaurant services, namely, dining, take-out and delivery. | | |
| | Owners | | Classi-Co Foods (CORPORATION; PENNSYLVANIA, USA) | | |

| | Wordmark | | ARTICHOKE JOE'S | | |
|---|---|---|---|---|---|
| ARTICHOKE JOE'S | Serial | 74084526 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 041: casino services. | | |
| | Owners | | ARTICHOKE JOE'S (CORPORATION; CALIFORNIA, USA) | | |

| | Wordmark | | WILD JOE'S | | |
|---|---|---|---|---|---|
| | Serial | 74122834 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 029: beef jerky. | | |
| | Owners | | STONEY POINT, INC. (CORPORATION; PENNSYLVANIA, USA) | | |

| | Wordmark | | JOE'S | | |
|---|---|---|---|---|---|
| | Serial | 72402244 | Status | LIVE | REGISTERED |
| | Goods & services | | US 052: DETERGENT HAND CLEANER. | | |
| | Owners | | KLEEN PRODUCTS, INC. (CORPORATION; OKLAHOMA, USA) | | |

| | Wordmark | | JOE'S | | |
|---|---|---|---|---|---|
| JOE'S | Serial | 78308471 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 018: [ traveling and carrying bags, and ] handbags.; IC 025: men's... | | |
| | Owners | | JJWHP, LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA) | | |

| | Wordmark | | JOE'S | | |
|---|---|---|---|---|---|
| JOE'S | Serial | 77523997 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 025: [ Boots; ] Footwear; Sandals; Shoes. | | |
| | Owners | | JJWHP, LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA) | | |

| | Wordmark | | IMPORTIN' JOE'S | | |
|---|---|---|---|---|---|
| Importin' Joe's | Serial | 98092679 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 030: Coffee and coffee substitutes. | | |
| | Owners | | Importin' Joe's Fine Select Coffee (LIMITED LIABILITY COMPANY; INDIANA, USA) | | |

| | Wordmark | | POPPIN JOE'S | | |
|---|---|---|---|---|---|
| POPPIN JOE'S | Serial | 88716294 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 030: Kettle corn; Popcorn.; IC 036: Charitable fundraising services... | | |
| | Owners | | Joseph J. Steffy (INDIVIDUAL; USA) | | |

| | | |
|---|---|---|
| **VINCE & JOE'S** | **Wordmark**<br>**Serial** 76505096<br>**Goods & services**<br>**Owners** | [VINCE & JOE'S]<br>**Status** LIVE REGISTERED<br>IC 035: RETAIL GROCERY STORE SERVICES.<br>VINCE & JOE'S FRUIT MARKET, INC. (CORPORATION; MICHIGAN, USA) |
| **GO TO JOE'S** | **Wordmark**<br>**Serial** 76344623<br>**Goods & services**<br>**Owners** | [GO TO JOE'S]<br>**Status** LIVE REGISTERED<br>IC 035: Retail store services, featuring tobacco products, smoker's...<br>Prezelski, Richard (INDIVIDUAL; USA) |
| **JOE'S TO GOES** | **Wordmark**<br>**Serial** 78205793<br>**Goods & services**<br>**Owners** | [JOE'S TO GOES]<br>**Status** LIVE REGISTERED<br>IC 043: Restaurant services.<br>Indian Joe, Inc. (CORPORATION; GEORGIA, USA) |
| **JOE'S SHRIMP HOUSE** | **Wordmark**<br>**Serial** 76182996<br>**Goods & services**<br>**Owners** | [JOE'S SHRIMP HOUSE]<br>**Status** LIVE REGISTERED<br>IC 042: Restaurant and bar services.<br>JOE'S CRAB SHACK, LLC (LIMITED LIABILITY COMPANY; TEXAS, USA) |
| **JOE'S SHANGHAI RESTAURANT** | **Wordmark**<br>**Serial** 78198839<br>**Goods & services**<br>**Owners** | [JOE'S SHANGHAI RESTAURANT]<br>**Status** LIVE REGISTERED<br>IC 043: RESTAURANT SERVICES.<br>EAST MOON CORP. (CORPORATION; NEW YORK, USA) |
| *Joe's STONE CRAB* | **Wordmark**<br>**Serial** 78105899<br>**Goods & services**<br>**Owners** | [JOE'S STONE CRAB]<br>**Status** LIVE REGISTERED<br>IC 043: Restaurant services, catering and bar services.<br>Joe's Stone Crabs, Inc. (CORPORATION; FLORIDA, USA) |
| **JOE'S CRAB SHACK** | **Wordmark**<br>**Serial** 74527135<br>**Goods & services**<br>**Owners** | [JOE'S CRAB SHACK]<br>**Status** LIVE REGISTERED<br>IC 042: restaurant and bar services.<br>JOE'S CRAB SHACK, LLC (LIMITED LIABILITY COMPANY; TEXAS, USA) |
| *Joe's TAKE AWAY* | **Wordmark**<br>**Serial** 78105792<br>**Goods & services**<br>**Owners** | [JOE'S TAKE AWAY]<br>**Status** LIVE REGISTERED<br>IC 043: CARRY-OUT RESTAURANTS.<br>Joe's Stone Crabs, Inc. (CORPORATION; FLORIDA, USA) |
| Zyde'ceaux Joe's | **Wordmark**<br>**Serial** 87934981<br>**Goods & services** | [ZYDE'CEAUX JOE'S]<br>**Status** LIVE REGISTERED<br>IC 030: Marinade mixes; Marinades; Pastries; Pies; Sauce mixes; |

| | | | |
|---|---|---|---|
| Zyde'ceaux Joe's | **Wordmark** | | ZYDE'CEAUX JOE'S |
| | **Serial** | 87934981 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | | IC 030: Marinade mixes; Marinades; Pastries; Pies; Sauce mixes;... |
| | **Owners** | | ZYDE'CEAUX JOE'S CAJUN FRY LLC (LIMITED LIABILITY COMPANY; LOUISIANA, USA) |
| Tamale Joe's | **Wordmark** | | TAMALE JOE'S |
| | **Serial** | 97229408 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | | IC 030: Salsa; Tamales. |
| | **Owners** | | Morales, Joe (INDIVIDUAL; USA) |
| Golfer Joe's | **Wordmark** | | GOLFER JOE'S |
| | **Serial** | 97270482 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | | IC 025: Golf caps; Golf shirts. |
| | **Owners** | | Golferjoes (LIMITED LIABILITY COMPANY; COLORADO, USA) |
| SMOKEY JOE'S | **Wordmark** | | SMOKEY JOE'S |
| | **Serial** | 76591314 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | | IC 043: Restaurant services. |
| | **Owners** | | Boyd Gaming Corporation (CORPORATION; NEVADA, USA) |
| JOE'S STEAK | **Wordmark** | | JOE'S STEAK |
| | **Serial** | 78923475 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | | IC 029: Prepared meat for consumption on or off premises. |
| | **Owners** | | TAHOE JOE'S STEAKHOUSE, LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA) |
| Barista Joe's | **Wordmark** | | BARISTA JOE'S |
| | **Serial** | 88838562 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | | IC 030: Coffee; Coffee based beverages; Coffee beans; Coffee capsules... |
| | **Owners** | | DCAM Group, LLC (LIMITED LIABILITY COMPANY; NEVADA, USA) |
| Joe's Touch | **Wordmark** | | JOE'S TOUCH |
| | **Serial** | 88943092 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | | IC 028: Bath toys; Children's educational toys for developing fine... |
| | **Owners** | | GUANGDONG BANATOYS CO., LIMITED. (limited company (ltd.); CHINA) |
| JOE'S COMICS | **Wordmark** | | JOE'S COMICS |
| | **Serial** | 85962622 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | | IC 016: Comic books; Graphic novels. |
| | **Owners** | | Studio JMS (CORPORATION; CALIFORNIA, USA) |
| Papa Joe's | **Wordmark** | | PAPA JOE'S |
| | **Serial** | 77349157 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | | IC 031: Fresh fruits and vegetables. |
| | **Owners** | | Procacci Bros. Sales Corporation (CORPORATION; PENNSYLVANIA, USA) |
| ORIGINAL JOE'S | **Wordmark** | | ORIGINAL JOE'S |
| | **Serial** | 87245961 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | | IC 025: Clothing, namely, hats, t-shirts, jackets, bandanas, aprons,... |
| | **Owners** | | Original Joe's, Inc. (CORPORATION; CALIFORNIA, USA) |
| JOE'S ROTISSERIA | **Wordmark** | | JOE'S ROTISSERIA |
| | **Serial** | 88648404 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | | IC 025: CLOTHES, namely, TEE SHIRTS, TANK TOPS, HOODIES, HATS, POLO.. |
| | **Owners** | | JOE'S ROTISSERIA LLC (LIMITED LIABILITY COMPANY; NEW JERSEY, USA) |
| KALAPAKI JOE'S | **Wordmark** | | KALAPAKI JOE'S |
| | **Serial** | 86838442 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | | IC 043: Restaurant and bar services.; IC 041: [Providing a website... |
| | **Owners** | | Valente Holdings, LLC (LIMITED LIABILITY COMPANY; NEVADA, USA) |
| JOE'S KIWI | **Wordmark** | | JOE'S KIWI |
| | **Serial** | 86173064 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | | IC 031: Fresh fruits and packaged fresh fruits. |
| | **Owners** | | COURCHESNE LAROSE USA, INC. (CORPORATION; DELAWARE, USA) |



| | | | |
|---|---|---|---|
| | **Wordmark** | | **JOE'S** |
| | **Serial** | 78105751 | **Status** <span>LIVE</span> <span>REGISTERED</span> |
| | **Goods & services** | | IC 043: Restaurant, catering and bar services. |
| | **Owners** | | Joe's Stone Crabs, Inc. (CORPORATION; FLORIDA, USA) |
| | **Wordmark** | | **ORIGINAL JOE'S** |
| | **Serial** | 74167502 | **Status** <span>LIVE</span> <span>REGISTERED</span> |
| | **Goods & services** | | IC 042: restaurant services. |
| | **Owners** | | Original Joe's, Inc. (CORPORATION; CALIFORNIA, USA) |
| COCONUT JOE'S | **Wordmark** | | **COCONUT JOE'S** |
| | **Serial** | 75751580 | **Status** <span>LIVE</span> <span>REGISTERED</span> |
| | **Goods & services** | | IC 042: bar and restaurant services. |
| | **Owners** | | COUGHLIN, JOSEPH ALEXANDER (INDIVIDUAL; USA) |
| | **Wordmark** | | **JOE'S GARAGE** |
| | **Serial** | 74443045 | **Status** <span>LIVE</span> <span>REGISTERED</span> |
| | **Goods & services** | | IC 025: clothing, namely T-shirts [ , sweatshirts, shirts, shorts,... |
| | **Owners** | | UMG RECORDINGS, INC. (CORPORATION; DELAWARE, USA) |
| TAHOE JOE'S | **Wordmark** | | **TAHOE JOE'S** |
| | **Serial** | 75197501 | **Status** <span>LIVE</span> <span>REGISTERED</span> |
| | **Goods & services** | | IC 042: restaurant services. |
| | **Owners** | | TAHOE JOE'S STEAKHOUSE, LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA) |
| PAPA JOE'S | **Wordmark** | | **PAPA JOE'S** |
| | **Serial** | 73275471 | **Status** <span>LIVE</span> <span>REGISTERED</span> |
| | **Goods & services** | | IC 042: Restaurant Services. |
| | **Owners** | | WH INTELLECTUAL, LLC (LIMITED LIABILITY COMPANY; GEORGIA, USA) |
| MOCHA JOE'S | **Wordmark** | | **MOCHA JOE'S** |
| | **Serial** | 74383363 | **Status** <span>LIVE</span> <span>REGISTERED</span> |
| | **Goods & services** | | IC 042: cafe services. |
| | **Owners** | | MOCHA JOE'S ROASTING COMPANY, INC. (CORPORATION; VERMONT, USA) |
| JACKASS JOE'S | **Wordmark** | | **JACKASS JOE'S** |
| | **Serial** | 90483330 | **Status** <span>LIVE</span> <span>REGISTERED</span> |
| | **Goods & services** | | IC 025: Footwear; Bottoms as clothing; Headwear; Tops as clothing. |
| | **Owners** | | Downard, Joe (INDIVIDUAL; USA) |

| MEXICO JOE'S | Wordmark | | MEXICO JOE'S | | |
| | Serial | 74223009 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 042: restaurant services, retail clothing store services. | | |
| | Owners | | Clark, Stanley K. (INDIVIDUAL; USA) | | |

| JOE'S GARAGE | Wordmark | | JOE'S GARAGE | | |
| | Serial | 76399396 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 041: Entertainment services, namely, production of theatrical... | | |
| | Owners | | UMG RECORDINGS, INC. (CORPORATION; DELAWARE, USA) | | |

| Ramblin' Joe's | Wordmark | | RAMBLIN' JOE'S | | |
| | Serial | 98090026 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 043: Coffee-house and snack-bar services; Coffee and tea bars;... | | |
| | Owners | | RAMBLIN' JOE IP, LLC (LIMITED LIABILITY COMPANY; TENNESSEE, USA) | | |

| Aroma Joe's | Wordmark | | AROMA JOE'S | | |
| | Serial | 98273155 | Status | LIVE | PENDING |
| | Goods & services | | IC 032: Energy drinks. | | |
| | Owners | | AJ IP HOLDER, LLC (LIMITED LIABILITY COMPANY; Florida, USA) | | |

| ARTICHOKE JOE'S | Wordmark | | ARTICHOKE JOE'S | | |
| | Serial | 74084599 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 042: restaurant and cocktail lounge services. | | |
| | Owners | | ARTICHOKE JOE'S (CORPORATION; CALIFORNIA, USA) | | |

| MOCHA JOE'S | Wordmark | | MOCHA JOE'S | | |
| | Serial | 74383550 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 030: coffees, teas, cocoa. | | |
| | Owners | | MOCHA JOE'S ROASTING COMPANY, INC. (CORPORATION; VERMONT, USA) | | |

| JOE'S GARAGE | Wordmark | | JOE'S GARAGE | | |
| | Serial | 74457548 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 041: sound recording studios and providing rehearsal hall space. | | |
| | Owners | | UMG RECORDINGS, INC. (CORPORATION; DELAWARE, USA) | | |

| JOE'S FLIES | Wordmark | | JOE'S FLIES | | |
| | Serial | 73092470 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 028: FISHING LURES. | | |
| | Owners | | JOE'S FLIES (CORPORATION; WEST VIRGINIA, USA) | | |

| PIZZA JOE'S | Wordmark | | PIZZA JOE'S | | |
| | Serial | 76507820 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 043: Restaurant services, namely, dining, take-out and delivery. | | |

| JOE'S KIDS | Wordmark | | JOE'S KIDS |
|---|---|---|---|
| | Serial | 76512493 | Status `LIVE` `REGISTERED` |
| | Goods & services | | IC 032: Fruit juices. |
| | Owners | | Trader Joe's Company (CORPORATION; CALIFORNIA, USA) |

| JOE'S GARAGE | Wordmark | | JOE'S GARAGE |
|---|---|---|---|
| | Serial | 74443046 | Status `LIVE` `REGISTERED` |
| | Goods & services | | IC 009: prerecorded phonograph records, compact discs [ and audio... |
| | Owners | | UMG RECORDINGS, INC. (CORPORATION; DELAWARE, USA) |

| JOE'S GARAGE | Wordmark | | JOE'S GARAGE |
|---|---|---|---|
| | Serial | 76305852 | Status `LIVE` `REGISTERED` |
| | Goods & services | | IC 028: toys, and games, namely, board games, mechanical and electric... |
| | Owners | | UMG RECORDINGS, INC. (CORPORATION; DELAWARE, USA) |

| MANGO JOE'S | Wordmark | | MANGO JOE'S |
|---|---|---|---|
| | Serial | 74548996 | Status `LIVE` `REGISTERED` |
| | Goods & services | | IC 042: restaurant services. |
| | Owners | | SEA WORLD LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA) |

| Pizza Joe's | Wordmark | | PIZZA JOE'S |
|---|---|---|---|
| | Serial | 76508274 | Status `LIVE` `REGISTERED` |
| | Goods & services | | IC 043: Restaurant services, namely, dining, take-out and delivery. |
| | Owners | | Classi-Co Foods (CORPORATION; PENNSYLVANIA, USA) |

| ARTICHOKE JOE'S | Wordmark | | ARTICHOKE JOE'S |
|---|---|---|---|
| | Serial | 74084526 | Status `LIVE` `REGISTERED` |
| | Goods & services | | IC 041: casino services. |
| | Owners | | ARTICHOKE JOE'S (CORPORATION; CALIFORNIA, USA) |

| Wild Joe's | Wordmark | | WILD JOE'S |
|---|---|---|---|
| | Serial | 74122834 | Status `LIVE` `REGISTERED` |
| | Goods & services | | IC 029: beef jerky. |
| | Owners | | STONEY POINT, INC. (CORPORATION; PENNSYLVANIA, USA) |

| Joe's | Wordmark | | JOE'S |
|---|---|---|---|
| | Serial | 72402244 | Status `LIVE` `REGISTERED` |
| | Goods & services | | US 052: DETERGENT HAND CLEANER. |
| | Owners | | KLEEN PRODUCTS, INC. (CORPORATION; OKLAHOMA, USA) |



| | Wordmark | | JOE'S | | |
|---|---|---|---|---|---|
| | Serial | 78308471 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 018: [ traveling and carrying bags, and ] handbags.; IC 025: men's... | | |
| | Owners | | JJWHP, LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA) | | |
| | Wordmark | | JOE'S | | |
| | Serial | 77523997 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 025: [ Boots; ] Footwear; Sandals; Shoes. | | |
| | Owners | | JJWHP, LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA) | | |
| | Wordmark | | IMPORTIN' JOE'S | | |
| | Serial | 98092679 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 030: Coffee and coffee substitutes. | | |
| | Owners | | Importin' Joe's Fine Select Coffee (LIMITED LIABILITY COMPANY; INDIANA, USA) | | |
| | Wordmark | | POPPIN JOE'S | | |
| | Serial | 88716294 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 030: Kettle corn; Popcorn.; IC 036: Charitable fundraising services... | | |
| | Owners | | Joseph J. Steffy (INDIVIDUAL; USA) | | |
| | Wordmark | | VINCE & JOE'S | | |
| | Serial | 76505096 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 035: RETAIL GROCERY STORE SERVICES. | | |
| | Owners | | VINCE & JOE'S FRUIT MARKET, INC. (CORPORATION; MICHIGAN, USA) | | |
| | Wordmark | | GO TO JOE'S | | |
| | Serial | 76344623 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 035: Retail store services, featuring tobacco products, smoker's... | | |
| | Owners | | Prezelski, Richard (INDIVIDUAL; USA) | | |
| | Wordmark | | JOE'S TO GOES | | |
| | Serial | 78205793 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 043: Restaurant services. | | |
| | Owners | | Indian Joe, Inc. (CORPORATION; GEORGIA, USA) | | |
| | Wordmark | | JOE'S SHRIMP HOUSE | | |
| | Serial | 76182996 | Status | LIVE | REGISTERED |
| | Goods & services | | IC 042: Restaurant and bar services. | | |
| | Owners | | JOE'S CRAB SHACK, LLC (LIMITED LIABILITY COMPANY; TEXAS, USA) | | |

| | | |
|---|---|---|
| **JOE'S SHANGHAI RESTAURANT** | **Wordmark** | JOE'S SHANGHAI RESTAURANT |
| | **Serial** 78198839 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | IC 043: RESTAURANT SERVICES. |
| | **Owners** | EAST MOON CORP. (CORPORATION; NEW YORK, USA) |

| | | |
|---|---|---|
| *Joe's STONE CRAB* | **Wordmark** | JOE'S STONE CRAB |
| | **Serial** 78105899 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | IC 043: Restaurant services, catering and bar services. |
| | **Owners** | Joe's Stone Crabs, Inc. (CORPORATION; FLORIDA, USA) |

| | | |
|---|---|---|
| **JOE'S CRAB SHACK** | **Wordmark** | JOE'S CRAB SHACK |
| | **Serial** 74527135 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | IC 042: restaurant and bar services. |
| | **Owners** | JOE'S CRAB SHACK, LLC (LIMITED LIABILITY COMPANY; TEXAS, USA) |

| | | |
|---|---|---|
| *Joe's TAKE AWAY* | **Wordmark** | JOE'S TAKE AWAY |
| | **Serial** 78105792 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | IC 043: CARRY-OUT RESTAURANTS. |
| | **Owners** | Joe's Stone Crabs, Inc. (CORPORATION; FLORIDA, USA) |

| | | |
|---|---|---|
| Zyde'ceaux Joe's | **Wordmark** | ZYDE'CEAUX JOE'S |
| | **Serial** 87934981 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | IC 030: Marinade mixes; Marinades; Pastries; Pies; Sauce mixes;... |
| | **Owners** | ZYDE'CEAUX JOE'S CAJUN FRY LLC (LIMITED LIABILITY COMPANY; LOUISIANA, USA) |

| | | |
|---|---|---|
| Tamale Joe's | **Wordmark** | TAMALE JOE'S |
| | **Serial** 97229408 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | IC 030: Salsa; Tamales. |
| | **Owners** | Morales, Joe (INDIVIDUAL; USA) |

| | | |
|---|---|---|
| *Golfer Joe's* | **Wordmark** | GOLFER JOE'S |
| | **Serial** 97270482 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | IC 025: Golf caps; Golf shirts. |
| | **Owners** | Golferjoes (LIMITED LIABILITY COMPANY; COLORADO, USA) |

| | | |
|---|---|---|
| **SMOKEY JOE'S** | **Wordmark** | SMOKEY JOE'S |
| | **Serial** 76591314 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | IC 043: Restaurant services. |
| | **Owners** | Boyd Gaming Corporation (CORPORATION; NEVADA, USA) |

| | | |
|---|---|---|
| **JOE'S STEAK** | **Wordmark** | JOE'S STEAK |
| | **Serial** 78923475 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | IC 029: Prepared meat for consumption on or off premises. |

| Barista Joe's | Wordmark | | BARISTA JOE'S |
|---|---|---|---|
| | Serial | 88838562 | Status **LIVE** **REGISTERED** |
| | Goods & services | | IC 030: Coffee; Coffee based beverages; Coffee beans; Coffee capsules... |
| | Owners | | DCAM Group, LLC (LIMITED LIABILITY COMPANY; NEVADA, USA) |

| Joe's Touch | Wordmark | | JOE'S TOUCH |
|---|---|---|---|
| | Serial | 88943092 | Status **LIVE** **REGISTERED** |
| | Goods & services | | IC 028: Bath toys; Children's educational toys for developing fine... |
| | Owners | | GUANGDONG BANATOYS CO., LIMITED. (limited company (ltd.); CHINA) |

| JOE'S COMICS | Wordmark | | JOE'S COMICS |
|---|---|---|---|
| | Serial | 85962622 | Status **LIVE** **REGISTERED** |
| | Goods & services | | IC 016: Comic books; Graphic novels. |
| | Owners | | Studio JMS (CORPORATION; CALIFORNIA, USA) |

|  | Wordmark | | PAPA JOE'S |
|---|---|---|---|
| | Serial | 77349157 | Status **LIVE** **REGISTERED** |
| | Goods & services | | IC 031: Fresh fruits and vegetables. |
| | Owners | | Procacci Bros. Sales Corporation (CORPORATION; PENNSYLVANIA, USA) |

| ORIGINAL JOE'S | Wordmark | | ORIGINAL JOE'S |
|---|---|---|---|
| | Serial | 87245961 | Status **LIVE** **REGISTERED** |
| | Goods & services | | IC 025: Clothing, namely, hats, t-shirts, jackets, bandanas, aprons,... |
| | Owners | | Original Joe's, Inc. (CORPORATION; CALIFORNIA, USA) |

| JOE'S ROTISSERIA | Wordmark | | JOE'S ROTISSERIA |
|---|---|---|---|
| | Serial | 88648404 | Status **LIVE** **REGISTERED** |
| | Goods & services | | IC 025: CLOTHES, namely, TEE SHIRTS, TANK TOPS, HOODIES, HATS, POLO... |
| | Owners | | JOE'S ROTISSERIA LLC (LIMITED LIABILITY COMPANY; NEW JERSEY, USA) |

| KALAPAKI JOE'S | Wordmark | | KALAPAKI JOE'S |
|---|---|---|---|
| | Serial | 86838442 | Status **LIVE** **REGISTERED** |
| | Goods & services | | IC 043: Restaurant and bar services.; IC 041: [Providing a website... |
| | Owners | | Valente Holdings, LLC (LIMITED LIABILITY COMPANY; NEVADA, USA) |

| JOE'S KIWI | Wordmark | | JOE'S KIWI |
|---|---|---|---|
| | Serial | 86173064 | Status **LIVE** **REGISTERED** |
| | Goods & services | | IC 031: Fresh fruits and packaged fresh fruits. |
| | Owners | | COURCHESNE LAROSE USA, INC. (CORPORATION; DELAWARE, USA) |

| JOE'S CITRUS | | | | |
|---|---|---|---|---|
| | Serial | 86173083 | Status | LIVE REGISTERED |
| | Goods & services | | IC 031: Fresh fruits and packaged fresh fruits. | |
| | Owners | | COURCHESNE LAROSE USA, INC. (CORPORATION; DELAWARE, USA) | |

| JOE'S FRUIT | | | | |
|---|---|---|---|---|
| | Wordmark | | JOE'S FRUIT | |
| | Serial | 86173105 | Status | LIVE REGISTERED |
| | Goods & services | | IC 031: Fresh fruits and packaged fresh fruits. | |
| | Owners | | COURCHESNE LAROSE USA, INC. (CORPORATION; DELAWARE, USA) | |

| CABO JOE'S | | | | |
|---|---|---|---|---|
| | Wordmark | | CABO JOE'S | |
| | Serial | 85653520 | Status | LIVE REGISTERED |
| | Goods & services | | IC 043: Restaurant and bar services. | |
| | Owners | | Bikini Joe's, LLC (LIMITED LIABILITY COMPANY; TEXAS, USA) | |

| TRADER JOE'S | | | | |
|---|---|---|---|---|
| | Wordmark | | TRADER JOE'S | |
| | Serial | 75299808 | Status | LIVE REGISTERED |
| | Goods & services | | IC 030: artichoke sauce, bagels, bakery goods, baking powder, baking… | |
| | Owners | | Trader Joe's Company (CORPORATION; CALIFORNIA, USA) | |

| TOMATO JOE'S | | | | |
|---|---|---|---|---|
| | Wordmark | | TOMATO JOE'S | |
| | Serial | 86789079 | Status | LIVE REGISTERED |
| | Goods & services | | IC 043: Restaurant services. | |
| | Owners | | TJ'S IP, LLC (LIMITED LIABILITY COMPANY; CONNECTICUT, USA) | |

|  | | | | |
|---|---|---|---|---|
| | Wordmark | | SHARKY JOE'S | |
| | Serial | 98199092 | Status | LIVE PENDING |
| | Goods & services | | IC 009: Sunglasses. | |
| | Owners | | Rodeka Sales Inc. (CORPORATION; GEORGIA, USA) | |

| MOO JOE'S | | | | |
|---|---|---|---|---|
| | Wordmark | | MOO JOE'S | |
| | Serial | 98130264 | Status | LIVE REGISTERED |
| | Goods & services | | IC 030: Ice-cream; Ice-cream cakes; Ice cream; Ice cream desserts; Ice… | |
| | Owners | | BRICKS WOOD FIRED PIZZA, INC. (CORPORATION; ILLINOIS, USA) | |

| OKLAHOMA JOE'S | | | | |
|---|---|---|---|---|
| | Wordmark | | OKLAHOMA JOE'S | |
| | Serial | 86415765 | Status | LIVE REGISTERED |
| | Goods & services | | IC 043: Restaurant services. | |
| | Owners | | W. C. Bradley Co. (CORPORATION; GEORGIA, USA) | |

| LOAFIN JOE'S | | | | |
|---|---|---|---|---|
| | Wordmark | | LOAFIN JOE'S | |
| | Serial | 98718987 | Status | LIVE PENDING |
| | Goods & services | | IC 029: Potato chips.; IC 043: Restaurant and bar services, including… | |
| | Owners | | NODOUBLE, LLC (LIMITED LIABILITY COMPANY; Arkansas, USA) | |

| | | | | |
|---|---|---|---|---|
| OKLAHOMA JOE'S | **Wordmark** | | OKLAHOMA JOE'S | |
| | **Serial** | 86612601 | **Status** | LIVE REGISTERED |
| | **Goods & services** | | IC 025: Clothing, namely, headwear, shirts, sweatshirts. | |
| | **Owners** | | W. C. Bradley Co. (CORPORATION; GEORGIA, USA) | |

| | | | | |
|---|---|---|---|---|
| *Joe's Time* | **Wordmark** | | JOE'S TIME | |
| | **Serial** | 98331912 | **Status** | LIVE REGISTERED |
| | **Goods & services** | | IC 043: Café services; Cafeteria services; Food and drink catering;... | |
| | **Owners** | | ALLDAY FINE CO., LTD. (limited company (ltd.); TAIWAN) | |

| | | | | |
|---|---|---|---|---|
| BISTRO JOE'S | **Wordmark** | | BISTRO JOE'S | |
| | **Serial** | 87282538 | **Status** | LIVE REGISTERED |
| | **Goods & services** | | IC 043: Restaurant and bar services. | |
| | **Owners** | | Joe's Bistro LLC (LIMITED LIABILITY COMPANY; MICHIGAN, USA) | |

| | | | | |
|---|---|---|---|---|
| *Original Joe's* | **Wordmark** | | ORIGINAL JOE'S | |
| | **Serial** | 87247383 | **Status** | LIVE REGISTERED |
| | **Goods & services** | | IC 029: Prepared meals consisting primarily of meats, vegetables, or... | |
| | **Owners** | | Original Joe's, Inc. (CORPORATION; CALIFORNIA, USA) | |

| | | | | |
|---|---|---|---|---|
| VENISON JOE'S | **Wordmark** | | VENISON JOE'S | |
| | **Serial** | 87442792 | **Status** | LIVE REGISTERED |
| | **Goods & services** | | IC 031: Pet treats; Consumable pet chews. | |
| | **Owners** | | WEIRD SCIENCE, INC. (CORPORATION; MINNESOTA, USA) | |

| | | | | |
|---|---|---|---|---|
| Healthy Joe's | **Wordmark** | | HEALTHY JOE'S | |
| | **Serial** | 88517326 | **Status** | LIVE REGISTERED |
| | **Goods & services** | | IC 043: Restaurant services. | |
| | **Owners** | | MUSCLE MAKER, INC. (CORPORATION; NEVADA, USA) | |

| | | | | |
|---|---|---|---|---|
| JOE'S PREMIUM | **Wordmark** | | JOE'S PREMIUM | |
| | **Serial** | 97035671 | **Status** | LIVE REGISTERED |
| | **Goods & services** | | IC 031: Fresh fruits; Fresh vegetables. | |
| | **Owners** | | J. Marchini & Son, Inc. (CORPORATION; CALIFORNIA, USA) | |

| | | | | |
|---|---|---|---|---|
| Joe's PREMIUM | **Wordmark** | | JOE'S PREMIUM | |
| | **Serial** | 97047257 | **Status** | LIVE REGISTERED |
| | **Goods & services** | | IC 031: Fresh fruits; Fresh vegetables. | |
| | **Owners** | | J. Marchini & Son, Inc. (CORPORATION; CALIFORNIA, USA) | |

| | | | | |
|---|---|---|---|---|
| Joe's Jam | **Wordmark** | | JOE'S JAM | |
| | **Serial** | 97060616 | **Status** | LIVE REGISTERED |
| | **Goods & services** | | IC 029: Jellies; Jellies, jams, compotes; Fruit jellies | |



| | Wordmark | | AVERAGE JOE'S | | |
|---|---|---|---|---|---|
| | Serial | 97167979 | Status | LIVE PENDING | |
| | Goods & services | | IC 025: Hats; Hosiery; Scarves; Shoes; Athletic apparel, namely,... | | |
| | Owners | | Fujian Kubo Industry & Trade Co. , Ltd. (limited company (ltd.); CHINA) | | |
| SPICEY JOE'S | Wordmark | | SPICEY JOE'S | | |
| | Serial | 73719994 | Status | LIVE REGISTERED | |
| | Goods & services | | IC 030: TACO SAUCE. | | |
| | Owners | | HAPPY JOE'S PIZZA AND ICE CREAM PARLORS, INC. (CORPORATION; IOWA, USA) | | |
| Sammy Joe's | Wordmark | | SAMMY JOE'S | | |
| | Serial | 98022081 | Status | LIVE REGISTERED | |
| | Goods & services | | IC 043: Restaurant services. | | |
| | Owners | | Sammy Joe's LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA) | | |
| Joe's Famous | Wordmark | | JOE'S FAMOUS | | |
| | Serial | 97647508 | Status | LIVE REGISTERED | |
| | Goods & services | | IC 030: Coffee; Coffee beans; Ground coffee; Roasted coffee beans. | | |
| | Owners | | Joe's Famous Provisions Company LLC (LIMITED LIABILITY COMPANY; TEXAS, USA) | | |
| | Wordmark | | LUCKY JOE'S | | |
| | Serial | 85884822 | Status | LIVE REGISTERED | |
| | Goods & services | | IC 043: cafe and restaurant services. | | |
| | Owners | | Saratoga Harness Racing, Inc. (CORPORATION; NEW YORK, USA) | | |
| PEPPER JOE'S | Wordmark | | PEPPER JOE'S | | |
| | Serial | 88066920 | Status | LIVE REGISTERED | |
| | Goods & services | | IC 030: Hot sauce; Spice blends; Hot chili pepper sauce; Hot pepper... | | |
| | Owners | | Clickstop, Inc. (CORPORATION; IOWA, USA) | | |
| JOE'S IDENTITY | Wordmark | | JOE'S IDENTITY | | |
| | Serial | 87166134 | Status | LIVE REGISTERED | |
| | Goods & services | | IC 032: fruit and vegetable juice drinks. | | |
| | Owners | | Joe & The Juice A/S (public limited company (plc); DENMARK) | | |
| COACH JOE'S | Wordmark | | COACH JOE'S | | |
| | Serial | 88976034 | Status | LIVE REGISTERED | |
| | Goods & services | | IC 029: Processed sweet potatoes; Stuffed baked potatoes; Processed... | | |
| | Owners | | Coach Joe's Enterprises, Inc. (CORPORATION; GEORGIA, USA) | | |

| | | | |
|---|---|---|---|
| CONCHY JOE'S | **Wordmark** | | [CONCHY JOE'S](#) |
| | **Serial** | 88663651 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | | IC 025: Headwear; Tops as clothing. |
| | **Owners** | | Conchy Joe's Restaurants, Inc. (CORPORATION; FLORIDA, USA) |

| | | | |
|---|---|---|---|
| | **Wordmark** | | [UNCLE JOE'S](#) |
| | **Serial** | 88727619 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | | IC 030: Jerk sauce; Savory sauces used as condiments. |
| | **Owners** | | Uncle Joe's, Inc. (CORPORATION; ILLINOIS, USA) |

| | | | |
|---|---|---|---|
| [OKLAHOMA JOE'S](#) | **Wordmark** | | [OKLAHOMA JOE'S](#) |
| | **Serial** | 76168333 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | | IC 011: Barbecue Grills and Smoker Grills. |
| | **Owners** | | W.C. Bradley Company (CORPORATION; GEORGIA, USA) |

| | | | |
|---|---|---|---|
| | **Wordmark** | | [JOE'S COMICS](#) |
| | **Serial** | 85963809 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | | IC 016: Comic books; Graphic novels. |
| | **Owners** | | Studio JMS (CORPORATION; CALIFORNIA, USA) |

| | | | |
|---|---|---|---|
| MONTEGO JOE'S | **Wordmark** | | [MONTEGO JOE'S](#) |
| | **Serial** | 77571246 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | | IC 030: Sauces and cookies. |
| | **Owners** | | Alabama Home Products, Inc. (CORPORATION; ALABAMA, USA) |

| | | | |
|---|---|---|---|
| Joe's PIZZA | **Wordmark** | | [JOE'S PIZZA](#) |
| | **Serial** | 85418757 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | | IC 043: Restaurant services featuring pizza; Take-out restaurant... |
| | **Owners** | | Famous Joe's Pizza, Inc. (CORPORATION; NEW YORK, USA) |

| | | | |
|---|---|---|---|
| Joe's Addiction | **Wordmark** | | [JOE'S ADDICTION](#) |
| | **Serial** | 90729576 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | | IC 043: Coffee bars; Coffee shops; Restaurant and cafe services;... |
| | **Owners** | | Outrageous Love (CORPORATION; OKLAHOMA, USA) |

| | | | |
|---|---|---|---|
| | **Wordmark** | | [JALAPEÑO JOE'S](#) |
| | **Serial** | 90066622 | **Status** `LIVE` `REGISTERED` |
| | **Goods & services** | | IC 030: Salsa; Barbecue dry rub; Barbecue sauce; Dipping sauces; Hot... |
| | **Owners** | | Jalapeño Joe's, LLC (LIMITED LIABILITY COMPANY; OHIO, USA) |

| ORIGINAL JOE'S | Wordmark | | ORIGINAL JOE'S |
|---|---|---|---|
| | Serial | 90479472 | Status  LIVE  REGISTERED |
| | Goods & services | | IC 035: Retail and online retail store services featuring prepared... |
| | Owners | | Original Joe's, Inc. (CORPORATION; CALIFORNIA, USA) |

| JAVA JOE'S | Wordmark | | JAVA JOE'S |
|---|---|---|---|
| | Serial | 78377415 | Status  LIVE  REGISTERED |
| | Goods & services | | IC 030: coffee, coffee beans, ground coffee beans, roasted coffee... |
| | Owners | | WILTON, LYJHA (INDIVIDUAL; USA) |

| TRADER JOE'S | Wordmark | | TRADER JOE'S |
|---|---|---|---|
| | Serial | 73597966 | Status  LIVE  REGISTERED |
| | Goods & services | | IC 030: COFFEE, COFFEE BEANS, TEA, HONEY, CHOCOLATE, FLOUR, [ WHEAT... |
| | Owners | | TRADER JOE'S COMPANY (CORPORATION; CALIFORNIA, USA) |

| TRADER JOE'S | Wordmark | | TRADER JOE'S |
|---|---|---|---|
| | Serial | 73599166 | Status  LIVE  REGISTERED |
| | Goods & services | | IC 031: RAW NUTS, CAT FOOD AND DOG FOOD. |
| | Owners | | TRADER JOE'S COMPANY (CORPORATION; CALIFORNIA, USA) |

| JERSEY JOE'S | Wordmark | | JERSEY JOE'S |
|---|---|---|---|
| | Serial | 98118930 | Status  LIVE  REGISTERED |
| | Goods & services | | IC 043: Restaurant services. |
| | Owners | | Tasty Road, Inc. (CORPORATION; CALIFORNIA, USA) |

| Aroma Joe's | Wordmark | | AROMA JOE'S |
|---|---|---|---|
| | Serial | 87715267 | Status  LIVE  REGISTERED |
| | Goods & services | | IC 030: Coffee; Coffee based beverages; Coffee beans.; IC 035:... |
| | Owners | | AJ IP HOLDER, LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA) |

| Shiitake Joe's | Wordmark | | SHIITAKE JOE'S |
|---|---|---|---|
| | Serial | 98817467 | Status  LIVE  PENDING |
| | Goods & services | | IC 031: Mushrooms, fresh; Edible mushrooms, fresh; Fresh mushrooms;... |
| | Owners | | Kreckel, Joseph , B (CORPORATION; Pennsylvania, USA) |

| JOE'S BREW | Wordmark | | JOE'S BREW |
|---|---|---|---|
| | Serial | 88168238 | Status  LIVE  REGISTERED |
| | Goods & services | | IC 043: Coffee shops; Coffee-house and snack-bar services. |
| | Owners | | Nutricion Fundamental, Inc. (CORPORATION; CALIFORNIA, USA) |

| | | | |
|---|---|---|---|
| ORIGINAL JOE'S | Serial | 87245965 | Status   LIVE   REGISTERED |
| | Goods & services | | IC 029: Prepared meals consisting primarily of meats, vegetables, or... |
| | Owners | | Original Joe's, Inc. (CORPORATION; CALIFORNIA, USA) |

| | | | |
|---|---|---|---|
| *Original Joe's* | Wordmark | | ORIGINAL JOE'S |
| | Serial | 87247387 | Status   LIVE   REGISTERED |
| | Goods & services | | IC 030: Frozen dough for use as pizza, bread, or bread-type products;... |
| | Owners | | Original Joe's, Inc. (CORPORATION; CALIFORNIA, USA) |

| | | | |
|---|---|---|---|
| THIRSTY JOE'S | Wordmark | | THIRSTY JOE'S |
| | Serial | 87783978 | Status   LIVE   REGISTERED |
| | Goods & services | | IC 043: Restaurant and bar services. |
| | Owners | | U-Pour Drafts LLC (LIMITED LIABILITY COMPANY; VIRGINIA, USA) |

| | | | |
|---|---|---|---|
| SOAPY JOE'S | Wordmark | | SOAPY JOE'S |
| | Serial | 86671720 | Status   LIVE   REGISTERED |
| | Goods & services | | IC 037: Car wash services; automobile detailing services. |
| | Owners | | SOAPY JOE'S INC. (CORPORATION; CALIFORNIA, USA) |

| | | | |
|---|---|---|---|
| JOE'S PUB | Wordmark | | JOE'S PUB |
| | Serial | 86687058 | Status   LIVE   REGISTERED |
| | Goods & services | | IC 041: Entertainment services, namely, the presentation of live... |
| | Owners | | New York Shakespeare Festival (not-for-profit corporation; NEW YORK, USA) |

| | | | |
|---|---|---|---|
| SLOPPY JOE'S | Wordmark | | SLOPPY JOE'S |
| | Serial | 73722835 | Status   LIVE   REGISTERED |
| | Goods & services | | IC 042: RESTAURANT AND BAR SERVICES. |
| | Owners | | SLOPPY JOE'S ENTERPRISES INTERNATIONAL, INC. (CORPORATION; VIRGINIA, USA) |

| | | | |
|---|---|---|---|
| TRADER JOE'S | Wordmark | | TRADER JOE'S |
| | Serial | 75299807 | Status   LIVE   REGISTERED |
| | Goods & services | | IC 029: processed fruits, canned fruits, bottled fruits, dried fruits,... |
| | Owners | | Trader Joe's Company (CORPORATION; CALIFORNIA, USA) |

| | | | |
|---|---|---|---|
| TRADER JOE'S | Wordmark | | TRADER JOE'S |
| | Serial | 75299824 | Status   LIVE   REGISTERED |
| | Goods & services | | IC 032: ale, beer, [ nonalcoholic malt beverage, non-alcoholic punch,... |
| | Owners | | Trader Joe's Company (CORPORATION; CALIFORNIA, USA) |