# EXHIBIT 3



| Wordmark | Status | Goods & services | Class | Serial | Owners |
|---|---|---|---|---|---|
| DELI JOE'S | LIVE REGISTERED | IC 035: retail store services featuring convenience store items and... | 035 | 75477852 | DRAKE PETROLEUM COMPANY, INC. (CORPORATION; MASSACHUSETTS, USA) |
| NOVA JOE'S | LIVE REGISTERED | IC 035: Drive-through retail store services featuring coffee and... | 035, 043 | 90619833 | Nova Joe's L.L.C. (LIMITED LIABILITY COMPANY; ARKANSAS, USA) |
| AROMA JOE'S | LIVE REGISTERED | IC 030: Coffee beans and coffee-based beverages.; IC 035:... | 030, 035 | 76700093 | AJ IP HOLDER, LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA) |
| J | LIVE REGISTERED | IC 035: Retail convenience store services; retail store services... | 035, 043 | 90584874 | CAPL Retail LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA) |
| PEPPER JOE'S | LIVE REGISTERED | IC 030: Hot sauce; Spice blends; Hot chili pepper sauce; Hot pepper... | 030, 031, 035 | 88066920 | Clickstop, Inc. (CORPORATION; IOWA, USA) |
| AROMA JOE'S | LIVE REGISTERED | IC 030: Coffee; Coffee based beverages; Coffee beans.; IC 035:... | 030, 035, 043 | 87715267 | AJ IP HOLDER, LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA) |
| JOE'S TOBACCO SUPERSTORE | LIVE REGISTERED | IC 035: RETAIL STORE SERVICES FEATURING TOBACCO PRODUCTS AND... | 035 | 78691242 | PREZELSKI, RICHARD (INDIVIDUAL; USA) |
| JOE'S SHRIMP SHACK | LIVE REGISTERED | IC 035: Retail pet stores. | 035 | 97906533 | Theisen Joseph E (INDIVIDUAL; USA) |
| JOE'S SPORTS WORLD | LIVE PENDING | IC 035: Retail sporting goods stores. | 035 | 98542543 | Lina Maria Juarez Leon (LIMITED LIABILITY COMPANY; California, USA) |

| | | |
|---|---|---|
| **CONCHY JOE'S SEAFOOD** | **LITTLE ORIGINAL JOE'S** | **JOE'S KWIK MARTS** |
| Wordmark: CONCHY JOE'S SEAFOOD <br> Status: LIVE REGISTERED <br> Goods & services: IC 035: On-line retail gift shops.; IC 043: Restaurant. <br> Class: 035, 043 <br> Serial: 85050506 <br> Owners: Conchy Joe's Restaurants, Inc. (CORPORATION; FLORIDA, USA) | Wordmark: LITTLE ORIGINAL JOE'S <br> Status: LIVE REGISTERED <br> Goods & services: IC 035: Retail grocery store services.; IC 043: Restaurant and bar... <br> Class: 035, 043 <br> Serial: 90464588 <br> Owners: Original Joe's, Inc. (CORPORATION; CALIFORNIA, USA) | Wordmark: JOE'S KWIK MARTS <br> Status: LIVE REGISTERED <br> Goods & services: IC 035: retail convenience store services; customer loyalty services... <br> Class: 035, 043 <br> Serial: 90584871 <br> Owners: CAPL Retail LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA) |
| **JOE'S PRODUCE GOURMET MARKET** |  **GRANDPA JOE'S CANDY SHOP** |  **MOJOE'S** |
| Wordmark: JOE'S PRODUCE GOURMET MARKET <br> Status: LIVE PENDING <br> Goods & services: IC 035: Online retail grocery store services featuring home delivery... <br> Class: 035 <br> Serial: 98575791 <br> Owners: JOE'S PRODUCE CO. (CORPORATION; Michigan, USA) | Wordmark: GRANDPA JOE'S CANDY SHOP <br> Status: LIVE PENDING <br> Goods & services: IC 035: Retail services featuring a wide variety of candy of others,... <br> Class: 035 <br> Serial: 98556638 <br> Owners: Chris Beers Ventures, LLC (LIMITED LIABILITY COMPANY; Pennsylvania, USA) | Wordmark: MOJOE'S <br> Status: LIVE REGISTERED <br> Goods & services: IC 035: retail store services featuring coffee. <br> Class: 035 <br> Serial: 85505929 <br> Owners: FKG OIL COMPANY (CORPORATION; MISSOURI, USA) |
| **JOE'S KANSAS CITY BAR-B-QUE** |  **JOE'S KANSAS CITY BAR-B-QUE** | **Chillin' with Aroma Joe's** |
| Wordmark: JOE'S KANSAS CITY BAR-B-QUE <br> Status: LIVE REGISTERED <br> Goods & services: IC 035: On-line retail store services featuring meats and side dishes. <br> Class: 035 <br> Serial: 87028318 <br> Owners: Joe' Kansas City Bar-B-Que, Inc. (CORPORATION; KANSAS, USA) | Wordmark: JOE'S KANSAS CITY BAR-B-QUE <br> Status: LIVE REGISTERED <br> Goods & services: IC 035: On-line retail store services featuring meats and side... <br> Class: 035, 043 <br> Serial: 87028323 <br> Owners: Joe' Kansas City Bar-B-Que, Inc. (CORPORATION; KANSAS, USA) | Wordmark: CHILLIN' WITH AROMA JOE'S <br> Status: LIVE REGISTERED <br> Goods & services: IC 030: Coffee; Coffee beans; Prepared coffee and coffee-based... <br> Class: 030, 032, 035, 043 <br> Serial: 88501700 <br> Owners: AJ IP HOLDER, LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA) |