**EXHIBIT 4**

**Field tag and Search builder** ▼  (CM: JOES OR CM: JOE'S) AND LD:true AND IC:035 AND ON:trader joe's

> Search builder

**4 results** for (CM: JOES OR CM: JOE'S) AND LD:true AND IC:035 AND ON:trader joe's

---

**TRADER JOE'S**

| | |
|---|---|
| Wordmark | TRADER JOE'S |
| Status | LIVE  REGISTERED |
| Goods & services | IC 035: Retail grocery services. |
| Class | 035 |
| Serial | 85146783 |
| Owners | Trader Joe's Company (CORPORATION; CALIFORNIA, USA) |

---

**TRADER JOE'S**

| | |
|---|---|
| Wordmark | TRADER JOE'S |
| Status | LIVE  REGISTERED |
| Goods & services | IC 035: Retail grocery services. |
| Class | 035 |
| Serial | 85146590 |
| Owners | Trader Joe's Company (CORPORATION; CALIFORNIA, USA) |

---



| | |
|---|---|
| Wordmark | TRADER JOE'S |
| Status | LIVE  REGISTERED |
| Goods & services | IC 035: Retail grocery services.; IC 016: General purpose paper and… |
| Class | 035, 016, 018 |
| Serial | 87151808 |
| Owners | Trader Joe's Company (CORPORATION; CALIFORNIA, USA) |

---

**TRADER JOE'S PRONTO**

| | |
|---|---|
| Wordmark | TRADER JOE'S PRONTO |
| Status | LIVE  PENDING |
| Goods & services | IC 035: Retail grocery store services; Specialty retail grocery store… |
| Class | 035 |
| Serial | 98367464 |
| Owners | Trader Joe's Company (CORPORATION; CALIFORNIA, USA) |