```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
TRADER JOE'S COMPANY,                           :
                                                :
                        Plaintiff,              :
                                                :
        -v-                                     :          24-cv-8835 (LJL)
                                                :
JOES WINE INC., ET AL.                          :          ORDER
                                                :
                        Defendants.             :
                                                :
------------------------------------------------------------------- X
```

LEWIS J. LIMAN, United States District Judge:

On December 3, 2024, the Court held a hearing on the application by Plaintiff Trader Joe's Company ("Plaintiff") for a temporary restraining order ("TRO") and an order to show cause why a preliminary injunction should not issue against Defendants Joes Wine Inc., Joe's Wine Co. and Does 1–10 (collectively, "Defendant").

For the reasons stated at that hearing, the Court granted in part and denied in part Plaintiff's TRO application. The Court found that Plaintiff established a basis for a limited TRO. Pursuant to that limited TRO, Defendant is prohibited from using a circle logo similar to Trader Joe's circle-shaped logos, red as the predominant color, and the term "Joe's Wine Shop." Defendant is also prohibited from using the following elements of Plaintiff's trade dress that are not descriptive of the products being sold: (1) cedar planks on the walls; (2) handmade signs and murals; (3) tropical and floral designs; and (4) illustrations in turn-of-the-century printing styles. The parties have stipulated and agreed that the limited TRO shall be extended until the Court rules on Plaintiff's motion for a preliminary injunction. Dkt. No. 38 at 1.

The Court will hold a preliminary injunction hearing on March 24, 2025 at 10:00 A.M. in Courtroom 15C, 500 Pearl Street, New York, NY 10007. The parties shall meet and confer as to a schedule for whatever expedited discovery is necessary and for the submission of proposed

findings of fact and conclusions of law. The parties shall inform the Court of the proposed briefing and discovery schedule no later than December 16, 2024.

    SO ORDERED.

Dated: December 9, 2024
      New York, New York

                                          LEWIS J. LIMAN
                                     United States District Judge