```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/27/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- X

TRADER JOES COMPANY,                                    :
                                                        :
                          Plaintiff,                    :
                                                        :
          -v-                                           :          24-cv-8835 (LJL)
                                                        :
JOES WINE INC., ET AL.                                  :          ORDER
                                                        :
                          Defendants.                   :
                                                        :
--------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

On January 28, 2025, the Court granted the parties' stipulated permanent injunction. Dkt.

No. 61. The Court ordered the parties to show cause by February 3, 2025 why this case should

not be closed. Dkt. No. 62. No party responded to the order to show cause.

The Clerk of Court is respectfully directed to close this case.


SO ORDERED.


Dated: February 27, 2025                          _____
       New York, New York                                   LEWIS J. LIMAN
                                                        United States District Judge